BLACKLEY *v.* BELL *et al.*, trustees.

REID, C. J. The judge's certificate to the bill of exceptions in the present case fails to certify that the same "is true," as required by the Code, § 6-806. This court is therefore without jurisdiction to pass upon the merits of the exceptions, and the writ of error must be dismissed. See *American Freehold Mortgage Co.* v. *Candler*, 80 *Ga.* 366 (10 S. E. 111) ; *Rountree* v. *Gibbs*, 156 *Ga.* 170 (118 S. E. 654) ; *Cartledge* v. *Ashford*, 148 *Ga.* 589 (97 S. E. 521) ; *Bailey & Carney Buggy Co.* v. *Guthrie*, 1 *Ga. App.* 350 (58 S. E. 103).

*Writ of error dismissed. All the Justices concur, except Grice, J., disqualified.*

No. 12640. FEBRUARY 18, 1939. REHEARING DENIED MARCH 10, 1939.

*Louis H. Foster*, for plaintiff.
*A. B. Conger* and *H. G. Bell*, for defendants.